## LAWSON & CHASE vs. STATE BANK.

Mr. Justice SCOTT said: The facts of this case, so far as they affect the only question of law presented, are substantially the same as those in the case of *Luther Chase vs. The State Bank,* just decided, except that in this case there was no proceeding for the production of the books or papers of the Bank for any·purpose, and no order of the court therefor.

Finding no error in the record, the judgment will be affirmed, with costs.